No. 892. GIGLIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 1028. UNITED STATES *v.* CAMPOS-SERRANO. C. A. 7th Cir. Certiorari granted.

No. 1092. VICTORY CARRIERS, INC., ET AL. *v.* LAW. C. A. 5th Cir. Certiorari granted.

No. 1060. HAWAII *v.* STANDARD OIL CO. OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari granted. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 5944. ALEXANDER *v.* LOUISIANA. Sup. Ct. La. Motion to proceed *in forma pauperis* granted. Certiorari granted.

No. 720. NORTON *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 767. COSTELLO *v.* NEW JERSEY. Super Ct. N. J. Certiorari denied.

No. 795. NICKLOS DRILLING CO. *v.* UNIT CRANE & SHOVEL CORP.; and
No. 796. FONTENOT *v.* UNIT CRANE & SHOVEL CORP. C. A. 5th Cir. Certiorari denied. Reported below: 429 F. 2d 569.

No. 805. BETO, CORRECTIONS DIRECTOR *v.* KING. C. A. 5th Cir. Certiorari denied.